# United States Court of Appeals
### FOR THE DISTRICT OF COLUMBIA CIRCUIT
_____

No. 14-5122  September Term, 2013

1:11-cv-00313-RMC

Filed On: June 26, 2014 [1499575]

Adirondack Medical Center, et al.,

    Appellants

Memorial Hospital of Sheridan County and Passavant Memorial Area Hospital Association, doing business as Passavant Area Hospital,

    Appellees

    v.

Sylvia Mathews Burwell, in her official capacity as Secretary of the United States Department of Health and Human Services,

    Appellee

## O R D E R

Upon consideration of the motion of Otero County Hospital Association to withdraw from the appeal, it is

**ORDERED** that Otero County Hospital Association be withdrawn as a party to this appeal.

                                        **FOR THE COURT:**
                                        Mark J. Langer, Clerk

                              BY:    /s/
                                        Mark A. Butler
                                        Deputy Clerk